UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2017 AUG -3 P 1:43
WILLIAM W. BLEVINS
CLERK

Tracy Sorapuru,
Plaintiff

-vs-

Cornerstone Chemical,

Defendant(s)

17-7448

COMPLAINT            SECT. N MAG 5

## JURISDICTION

Jurisdiction is proper as this matter falls under federal question of violation of a federal statute, Title VII of the Civil Rights Act of 1964, due to age and gender discrimination.

## PARTIES

Listed as Defendants here are Cornerstone Chemical

## COMPLAINT

I have been an employee of this company since February 1995. Beginning June 2014 and continuing I have been subjected to retaliation and harassment different terms and conditions of employment and an unjustified termination.

I first emailed HR in October 2014 about concerns of discrimination in the department because the new guidelines had an age limit of 50 years old and strict physical ability test to pass to be in the department were affecting women and older employees. Aaron marques never met with me but Stephen Bull did revise some parts such as age limit of his requirement to join the department. This was done and still many of the older seniors and women quit as a volunteer. On January 2015, I initiated a complaint to HR because of the harassment of non-communication from Stephen Bull and being pass over on overtime and training per seniority. Aaron Marques explain to Stephen Bull he had to talk to me and recognize my seniority. Stephen Bull did not correct this because it was address again in March 2015. The Union steps in by initiating grievous to be file. Another visit early March 2015 to HR to address fellow coworker that Stephen Bull recommends hire Dylan Cochrane behavior towards me was escalating in the form of lies and actuations of not making proper relief. Cochrane would tell the union representative one story and HR another. He would talk harsh and disrespectfully towards me. That meeting was turn against me causing me to contact EEOC (461-2015-00894) and HR did nothing. I was informed by EEOC that Cornerstone Chemical was mailed the charges on 3/31/2015. Then on April 14, 2015 attended a meeting with the Union and Management. I address a company situation that involved Aaron Marques and as Union representative explain the problem. This did not go well with Aaron Marques clearly upset. Directly after the meeting Aaron Marques ask to speak to me. I ask for Union representative to attend. In that meeting, Aaron Marques informed me that I was being terminated pending 7 days to investigate that I was accuse of running a real estate business

from the company site. I am a realtor of 15 years. I was approach by HR supervisor Dave Schnake on numerous occasions about real estate. I am also not the only employee with multiple jobs or realtor. Aaron Marques retaliated against me either for the Union meeting or the EEOC charges.

DEMAND

I respectfully pray for lost wages in the form of back pay and front pay, attorney fees, and any all-equitable relief available

Dated: 8/2/17

*Tracy Sorapuru*
Tracy Sorapuru
220 Beaupre Dr.
Luling, LA 70070

504-487-1409