Filed 10/31/2017

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## NOTICE OF DEFICIENT FILING



TO: Tracy Sorapuru
220 Beaupre Drive
Luling, LA  70070

SUBJECT: CV17-7448 "N" (5), Sorapuru v. Cornerstone Chemical et al

Your document titled, COMPLAINT, has been received by this court October 27, 2017. However this document is deficient as noted below:

_____ 1. The Clerk's Office is unable to provide you with the information you are requesting.
**Therefore, your document is being returned to you.**

_____ 2. The Court is unable to act on the subject matter of your letter except in the context of a formal lawsuit.
**Therefore, your document is being returned to you.**

_____ 3. The Clerk's Office is unable to provide legal advice to individuals on how to proceed with a lawsuit.
**Therefore, your document is being returned to you.**

_____ 4. The records of this Court do not show that there is any pending case related to you at this time.
**Therefore, your document is being returned to you.**

_____ 5. Your document appears intended for a different court.
**Therefore, your document is being returned to you.**

_____ 6. You should not correspond directly with the Magistrate Judge or District Judge about your lawsuit. All pleadings and correspondence should be addressed to the Clerk of Court.
**Therefore, your document is being returned to you. You must adhere to this rule in any future filings.**

_____ 7. All pleadings and other papers filed must be on 8½" x 11" paper, double spaced, and legibly handwritten or typed. If the document consists of more than two (2) pages, each page of the document must bear a sequential number, beginning with "2" for the second page. Standard font must be used. The Court may refuse to consider text presented in less than standard font, such as small or fine typeface. All margins must be no less on 1". No print or writing may appear in the margins. See Local Rule 10.1.
**You must adhere to this rule in any future filings.**

\_\_\_\_\_ 8.   The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance.  The plaintiff has 21 days from the date of this notice to submit $400.00 for the cost of filing a civil complaint.  If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper.  A form for this purpose is attached.
**Please submit the filing fee or return the completed form within <u>21 calendar days</u> from the date of this letter.**

> **If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

\_\_\_\_\_ 9.   The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance.  The plaintiff has 21 days from the date of this notice to submit $5.00 for filing a petition for habeas relief and habeas related mandamus.  If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper.  A form for this purpose is attached.
**Please submit the filing fee or return the completed form within <u>21 calendar days</u> from the date of this letter.**

\_\_\_\_\_10.   A writ of habeas corpus submitted by a person in state custody, a § 1983 prisoner suit, a motion to vacate, and a request for pauper status all should be submitted on an approved form.  This form has been enclosed for your convenience.
**Please return the completed form within <u>21 calendar days</u> from the date of this letter.**

\_\_\_\_\_11.   The cost of filing an appeal is $505.00.  If you apply for pauper status when bringing an appeal, you must submit an affidavit that includes a statement of all assets you possess and that you are unable to pay the fee.  This form has been enclosed for your convenience.
**Please submit the filing fee or return the completed form within <u>21 calendar days</u> from the date of this letter.**

> **If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

_X_ 12. **Every paper filed, after the complaint, must bear the name of this Court, the title, docket number, section, and magistrate judge number. See Local Rule 10.1. The above reference document, copy enclosed, is not properly titled. Please return the enclosed corrected copy within 21 calendar days from the date of this letter.**

____ 13. A complaint, affidavit or other pleading submitted to the Clerk for filing must bear an original signature. A copy is not sufficient. See Local Rule 11.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

____ 14. The filer's name, address, and telephone number shall be typed or printed below the signature. See Local Rule 11.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

____ 15. The complaint and any other pleading must be signed by the filer personally unless filer is represented by a member of the bar of this Court. If the filer is represented, pleadings must be signed and submitted by counsel. See Local Rule 11.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

____ 16. The names of all parties must be listed on the front of your complaint. Do not use "ET AL."
**Please return the completed form within 21 calendar days from the date of this letter.**

____ 17. Every pleading shall bear a certificate by the party who files it that copies have been served on all parties or their counsel of record by hand or by mail. See Local Rule 5.4.
**You must adhere to this rule in any future filings.**

____ 18. Parties filing a motion shall, at the time of filing, notice it for submission. See Local Rule 7.2.
**Please return the completed form within 21 calendar days from the date printed at the top of this letter.**

____ 19. Except as noted in Local Rule 7.3, all motions shall be accompanied by a memorandum in support. See Local Rule 7.4. **Please return the completed form within 21 calendar days from the date of this letter.**

____ 20. Pleadings may not be supplemented without permission of the Court. See Local Rule 7.4.
**Please provide the motion for leave to supplement and return the document within 21 calendar days of the date of this letter.**

_____21.  Consent or ex parte motions, which need not be noticed for submission, shall be accompanied by a proposed order. See Local Rule 7.3.
**Please provide the proposed order and return the document within 21 calendar days of the date of this letter.**

__X__22.  <u>Once an answer has been filed, a complaint may not be amended or supplemented without permission of the Court. See Local Rule 7.6.</u>
<u>**Please provide the motion for leave to amend or supplement the complaint, with an order, and return the documents within 21 calendar days of the date of this letter. A sample only pleading sheet has been enclosed for your reference, re: motion for leave. An order page has been enclosed for your use.**</u>

_____23.  Discovery requests and responses thereto must not be filed until they are used in a proceeding before the Court or until the Court grants an order allowing the filing of the document. Federal Rule of Civil Procedure 5(d).
**Therefore, your document is being returned to you.**

_____24.  28 U.S.C. § 1654 precludes a corporation from appearing through a lay person. A corporation must be represented by an attorney qualified to practice before this Court.
**Therefore, your document is being returned to you.**

_____25.  The record of this matter reflects you are represented by counsel. All pleadings regarding this case must be filed through your counsel of record. All future inquires and correspondence regarding this case should be directed to your attorney of record.
**You must adhere to this rule in any future filings.**

_____26.  The Clerk's office is unable to provide you with free copies without an order of the Court. Copies are available at the cost of 50 cents per page. The copies which you requested consist of Click here to enter text. pages, therefore, the cost of the copies you requested is Click here to enter text..
**You must remit payment before copies can be provided.**

_____27.  This office is unable to provide transcripts to individuals free of cost unless so ordered by the Court. You may contact the court reporter at the address listed below to make the necessary financial arrangements.

_____28.  OTHER:

If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.

WILLIAM W. BLEVINS
CLERK OF COURT

By: _____

Deputy Clerk

Respond to:
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Rev. 7/21/14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRACY SORAPURU
PLAINTIFF

CIVIL ACTION

VS

NO. 17-7448

CORNERSTONE CHEMICAL
DEFENDANT(S)

SECTION.N MAG 5

COMPLAINT

JURISDICTION

Jurisdiction is proper as this matter falls under federal question of violation of a federal statute, Title VII of the Civil Rights Acts of 1964, due to age and gender discrimination.

PARTIES

Listed as Defendants here are Cornerstone Chemical

**TENDERED FOR FILING**

**OCT 27 2017**

**U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk**

COMPLAINTS

I. Facts

I, Tracy Sorapuru began working for Cytec as a methanol operator trainee on February 07, 1994. I worked under Gene Tierney, supervisor for 13 years with an unblemished record. During this period, I was promoted to shift firefighter in 2002. In 2011 Cytec Ind. operation assets were sold to a newly created entity, Cornerstone Chemical Company. I never had a written employee violation in 21 years.

Mr. Tierney was replaced by Stephen Bull (Bull) June 2014. Mr. Tierney spoke to HR about never encountering real estate work being perform by Tracy Sorapuru. I noted a distinct difference in governing styles between Tierney and Bull. Specifically, Bull changed contractually agreed upon employee work schedules. Bull was constantly moving me around violating the union contract. Bull gave favorable job assignment to the employees he hired personally. Bull also did not allow me to continue as trainer in the capacity of updating and procedures writing for new employees hired, even though I was a certified trainer, helped to create the training program, and helped to create the testing procedures for proficiency. Bull would talk to the trainee that I work with and never me. Bull was often belligerent when confronted with claims of contractual violations and often failed to communicate, returning emails, and phones call, from me. I enlisted the help of



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| YOUR NAME,<br>Plaintiff | CIVIL ACTION |
| -vs- | No. |
| DEFENDANT(S) NAME(S),<br>Defendant(s) | Section " " Mag " " |

**TITLE OF DOCUMENT**

**(TEXT OF YOUR DOCUMENT)**




Dated:___/___/___

                                                     (YOUR SIGNATURE IN **INK**)
                                                   Your Name Typed or Printed
                                                   Street Address
                                                   City, State, Zip code
                                                   Telephone Number



           Certificate of Service
I hereby certify that I have served a copy of this
document on all counsel fo record either in person
or by mailing it postage prepaid on this

_____day of _____, 20_____


      _____
               Signature

**SAMPLE ONLY**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____          CIVIL ACTION

**PLAINTIFF(S)**

                                                No. _____

**VERSUS**

                                                SECTION: _____

_____

**DEFENDANT(S)**

## ORDER

      Considering the Motion _____,

      IT IS ORDERED that the Motion is GRANTED.

      New Orleans, Louisiana, this_____ day of _____, 20____.


                                _____
                                U.S. DISTRICT JUDGE/MAGISTRATE JUDGE