UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRACY SORAPURU                                CIVIL ACTION

VERSUS                                        NUMBER: 17-07448

CORNERSTONE CHEMICAL COMPANY                  SECTION: "N"(5)

## JUDGMENT

The Court, having considered the motion, the applicable law, and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of Defendant and against Plaintiff, dismissing Plaintiff's lawsuit with prejudice.

New Orleans, Louisiana, this 25th day of July, 2018.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**